# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOHN GIBSON**
**ADC #500393**                                              **PLAINTIFF**

v.                          No. 5:18-cv-103-DPM

**NICHOLAS D. SWINEY, Sergeant,**
**Cummins Unit; APRIL GIBSON,**
**Grievance Officer, Cummins Unit; and**
**STRAUGHN, Warden, Cummins Unit**        **DEFENDANTS**

## ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gibson's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2018