# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOHN GIBSON**
**ADC #500393**                                                    **PLAINTIFF**

v.                            No. 5:18-cv-103-DPM

**NICHOLAS D. SWINEY, Sergeant,**
**Cummins Unit; APRIL GIBSON,**
**Grievance Officer, Cummins Unit; and**
**STRAUGHN, Warden, Cummins Unit**                    **DEFENDANTS**

## JUDGMENT

Gibson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2018